745 A.2d 497

IN THE MATTER OF JOHN R. LOLIO,
JR., AN ATTORNEY AT LAW.

February 10, 2000.

## ORDER

The Disciplinary Review Board having filed with the Court its decision concluding that **JOHN R. LOLIO, JR.,** of **PENNSAUKEN,** who was admitted to the bar of this State in 1986, should be disciplined for violating *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation) and *RPC* 8.4(d) (conduct prejudicial to the administration of justice), and good cause appearing;

It is ORDERED that **JOHN R. LOLIO, JR.,** is suspended from the practice of law for a period of three months and until the further Order of the Court, effective March 6, 2000; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of suspension and that respondent comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.